Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> PHILLIP RICHARD WHARTON, <br><br> Defendant. | CASE NO.   MJ25-717 <br><br> COMPLAINT for VIOLATION <br><br> Title 18 U.S.C. § 115(a)(1)(B) |

BEFORE, Michelle L. Peterson, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned, Nicholas Yee, complainant being duly sworn states:

### COUNT ONE

**(Threatening a Federal Official)**

On or about August 19, 2025, in Snohomish County and elsewhere, within the Western District of Washington, PHILLIP RICHARD WHARTON did threaten to murder Victim 1, the President of the United States and an officer and employee of the United States and of any agency in any branch of the United States Government under Title 18, United States Code, Section 1114, with intent to impede, intimidate, and

Complaint - 1
*United States v. Wharton*
USAO No. 2025R01187

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties.

All in violation of Title 18, United States Code Section 115(a)(1)(B).

## COUNT TWO

### (Threatening a Federal Official)

On or about September 23, 2025, in Snohomish County, within the Western District of Washington, PHILLIP RICHARD WHARTON did threaten murder Victim 1, the President of the United States and an officer and employee of the United States and of any agency in any branch of the United States Government under Title 18, United States Code, Section 1114, with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties.

All in violation of Title 18, United States Code Section 115(a)(1)(B).

And the complainant states that this Complaint is based on the following information:

I, Nicholas Yee, being first duly sworn on oath, depose and say:

1. I am a Special Agent with the United States Secret Service, (USSS) and have been so employed since June 17, 2024. I am currently assigned to the USSS's Seattle Field Office. Some of my duties include, but are not limited to, investigating threats towards the President and Vice President of the United States (POTUS and VPOTUS). I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program located in Glynco, Georgia. I am also a graduate of the Secret Service Special Agent Training Program located in Beltsville, Maryland. I have a Bachelor of Science Degree from Marist University.

2. Throughout my law enforcement career, I have investigated a wide variety of crimes, to include complex financial crimes, threats and intimidation, and various other types of persons crimes.

Complaint - 2
*United States v. Wharton*
USAO No. 2025R01187

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The information contained in this Criminal Complaint is based on my personal knowledge, training, experience, and investigation as well as information relayed to me by other law enforcement officers involved in this investigation. I have not included in this Criminal Complaint every fact known to me or to other law enforcement officers surrounding this investigation. Rather, I have included only those facts necessary to establish probable cause that PHILLIP RICHARD WHARTON committed the offense alleged in this complaint.

## SUMMARY OF PROBABLE CAUSE

4. On August 19, 2025, at 6:37 hours EDT, the United States Capitol Police (USCP), notified the United States Secret Service (USSS) that X.com user @saydieonline posted the following to his X.com account: "What the guy in the White House sees after I kill the US PRESIDENT OF THE UNITED STATES OF AMERICAN AND WEAR HIS FACE AS A MASK." The post contained a photo of what was later confirmed to be the user's face. The threat was posted to X.com on August 19, 2025, at 4:42 a.m. EDT.



Complaint - 3
United States v. Wharton
USAO No. 2025R01187

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5.     Agents with the USSS subsequently reviewed the user's account and located additional posts of concern. On August 11, 2025, at 6:38 a.m. EDT, the same user posted the following: "real punks can agree with me on this one.  Elon musk and trump are easy targets ??? ((suicide))".  On August 19, 2025, at 2:26 a.m. EDT, the user posted, "WHEN I TWEET THAT ILL ASSASSINATE THE US PRESIDENT THEY DELETE IT."

6.     The USSS found additional social media accounts associated with this same user by utilizing open-source techniques.  USSS was also able to locate a post with a self-reported location of Washington state.  The user's X.com account also contained a link to a website, sandletv.webador.com, which contained the user's art.  On that website, the user had a listed name of Phillip WHARTON on the account.  The sandletv.webador.com account also contained several drawings of individuals with weapons.

7.     Investigators identified an Instagram account with the same username, saydieonline, and identifying information, including his birthdate. Investigators found a post on WHARTON's X.com account from August 14, 2025, that read, "*I am 20 years old." On the saydieonline's Instagram account, investigators found photographs of a person who appears to be the same user that posted the threat on X.com on August 19, 2025.

8.     Investigators utilized law enforcement databases to positively identify Phillip Richard WHARTON based upon personal identifiers.  Investigators obtained a copy of Phillip Richard WHARTON's Washington State Department of Licensing (DOL) photograph. The person depicted in the DOL photograph appeared to be the same person from the X.com post from August 19, 2025. Investigators also obtained an address for Phillip WHARTON.

9.     On September 8, 2025, Special Agent Sidney Mckee and I attempted to contact Phillip WHARTON at 1421 Oakes Ave Everett, Washington. At that address, we contacted Phillip WHARTON's father, Richard Wharton, who offered to call Phillip

Complaint - 4
United States v. Wharton
USAO No. 2025R01187

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  WHARTON for us.  Richard informed Phillip WHARTON about the seriousness of the
2  matter as Richard spoke on the phone with Phillip WHARTON in front of me. In
3  response Phillip WHARTON began laughing and an argument ensued between him and
4  his father.  Phillip WHARTON then agreed to meet with us at Twin Foxes on 2718
5  Hewitt Ave, Everett, Washington, 98201.
6        10.    On September 8, 2025, Special Agent Sidney Mckee and I met with Phillip
7  WHARTON at Twin Foxes and spoke with him about the threats he made online.  When
8  asked if he had made those threats, he initially confused the post with other similar posts
9  he made on Instagram.  I then showed him a screen shot of the threat made on August 19,
10 2025, post from his X.com account that read: "What the guy in the White House sees
11 after I kill the US PRESIDENT OF THE UNITED STATES OF AMERICAN AND
12 WEAR HIS FACE AS A MASK." Phillip WHARTON confirmed that it was his account
13 and that he had posted the threat. Phillip WHARTON explained he made the posts
14 because he felt angry about his belief that President Trump had been involved with sex
15 trafficking two 14-year-olds and made reference to Trump's involvement with Jeffrey
16 Epstein.  Special Agent Mckee and I explained to Phillip WHARTON the seriousness of
17 making such threats toward the president and the potential consequences of making such
18 threats. Special Agent Mckee and I further explained to WHARTON that if he continued
19 to post threats against the president that he may be prosecuted. WHARTON seemed
20 compliant and understanding at the time.  WHARTON agreed to stop making threats
21 against the president.
22        11.    On September 23, 2025, the FBI reported that Phillip WHARTON,
23 utilizing Instagram screen name "saydi / @saydieonline," posted a threat against
24 President Trump.  Phillip WHARTON posted, "My name is Sadie Online.  I am going to
25 kill the president tomorrow.  This is not a joke, but a confession admissible in a court of
26 law".
27

Complaint - 5
*United States v. Wharton*
USAO No. 2025R01187

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

...


12. On October 8, 2025, further review of WHARTON's social media accounts revealed additional posts of concern found on WHARTON's Instagram account "saydi / @saydieonline". Several Instagram posts depict images of WHARTON holding an object resembling a firearm, the most recent photo was posted on September 27, 2025. Another post from September 3, 2025, contained an image of Lady Justice decapitating a pig with the word "ICE" written on the pig's head. I also observed a post from WHARTON's Instagram account on July 28, 2025 that appeared to depict a person posing as Luigi Mangione pointing a banana as if it were a pistol to the back of a man holding a vacuum labeled "Health 'Insurance.'"



Complaint - 6
*United States v. Wharton*
USAO No. 2025R01187

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

13. Based upon my training and experience, and the facts of this investigation, I submit there is probable cause to believe that Phillip Richard WHARTON is the user of the X/account "@saydieonline", and that he posted two separate threats to kill the President of the United States, in violation of Title 18, United States Code, § 115.

## CONCLUSION

14. Based on the above facts, I respectfully submit that there is probable cause to believe that Phillip Richard WHARTON did knowingly and willfully make two separate threats to murder the President of the United States with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against the President of the United States on account of the performance of official duties, all in violation of Title 18, United States Code, 115(a)(1)B).

15. This complaint and affidavit are being submitted via reliable electronic means. Fed R. Crim. P. 4.1 & 41(d)(3).

NYEE
Digitally signed by NYEE
Date: 2025.11.06 11:22:31 -08'00'

Nicholas Yee, Complainant
Special Agent
United States Secret Service

The above-named agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit by telephone. Based on the Complaint and Affidavit sworn to before me, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 7th of November, 2025.

HON. MICHELLE L. PETERSON
United States Magistrate Judge

Complaint - 7
United States v. Wharton
USAO No. 2025R01187

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970