Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

_____February 25___ 20 26_

Joshua C. Lewis

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP RICHARD WHARTON,<br><br>Defendant. | NO.  CR26-030 RAJ<br><br>**INDICTMENT** |

The Grand Jury charges that:

### COUNT ONE

### (Threatening a Federal Official)

On or about August 19, 2025, in Snohomish County, within the Western District of Washington, PHILLIP RICHARD WHARTON did threaten to murder Victim 1, the President of the United States, an officer and employee of the United States and of any agency of the United States Government under Title 18, United States Code, Section 1114, with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties; that is, by posting on a social

media account a photograph along with the following text: "What the guy in the White House sees after I kill the US PRESIDENT OF THE UNITED STATES OF AMERICAN AND WEAR HIS FACE AS A MASK."

All in violation of Title 18, United States Code Section 115(a)(1)(B).

## COUNT TWO

### (Threatening a Federal Official)

On or about September 23, 2025, in Snohomish County, within the Western District of Washington, PHILLIP RICHARD WHARTON did threaten to murder Victim 1, the President of the United States, an officer and employee of the United States and of any agency of the United States Government under Title 18, United States Code, Section 1114, with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties; that is, by posting on a social media account a photograph along with the following text: "My name is Sadie Online. I am going to kill the president tomorrow. This is not a joke, but a confession admissible in a court of law."

All in violation of Title 18, United States Code Section 115(a)(1)(B).

//
//

Indictment - 2
*United States v. Wharton*
USAO No. 2025R01187

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of either offense alleged in Counts 1 and 2, PHILLIP RICHARD WHARTON shall forfeit to the United States any property that constitutes or is traceable to proceeds of the offense. All such property is forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), by way of Title 28, United States Code, Section 2461(c).

//
//

Indictment - 3
*United States v. Wharton*
USAO No. 2025R01187

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

      a.  cannot be located upon the exercise of due diligence;

      b.  has been transferred or sold to, or deposited with a third party;

      c.  has been placed beyond the jurisdiction of the Court;

      d.  has been substantially diminished in value; or,

      e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 02/25/2026
February 25th, 2026

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____
SARAH Y. VOGEL
Criminal Chief Assistant United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
CELIA A. LEE
Assistant United States Attorney

Indictment - 4
*United States v. Wharton*
USAO No. 2025R01187