UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PHILLIP RICHARD WHARTON, <br><br> Defendant. | NO. CR26-030 JLR <br><br> **ORDER CONTINUING CONDITIONS OF RELEASE** |

An Indictment having been returned against the above-named defendant, now therefore,

IT IS ORDERED that conditions of release be continued as previously set.

DATED this 25th day of February, 2026.

_____
UNITED STATES MAGISTRATE JUDGE