HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:26-cr-00030-RAJ |
| Plaintiff, | ORDER |
| v. | |
| PHILLIP RICHARD WHARTON, | |
| Defendant. | |

THIS MATTER comes before the Court upon Defendant's Motion for District Judge to Modify Conditions of Release, Dkt. # 11.  Having considered the motion, the government's response, Defendant's reply, and the files and pleadings herein, it is hereby ORDERED that Defendant's Motion to Modify Conditions of Release is **DENIED**.

Defendant is charged with two counts of Threatening a Federal Official, specifically, the President of the United States. Dkt. # 1.  Defendant is currently released on conditions of pre-trial supervision.  Dkt. # 7, 9.  One of those conditions is: "No direct or indirect contact with the alleged victim."  Dkt. # 9.  Defendant asks the Court to strike this condition because it may be construed as prohibiting Defendant from "speaking to or petitioning the executive branch of government" in violation of First Amendment rights. Dkt. # 11 at 2.  The Court disagrees.  As the government states in its response, neither the

ORDER – 1

government nor the Court interprets the condition at issue in the expansive manner suggested by Defendant. The Court agrees with the government that even with the condition in place, Defendant "can attend a lawful protest, express views protected by the First Amendment over social media, and 'speak to' and 'petition' members of the executive branch and the government." Dkt. # 17 at 2. The condition only prohibits Defendant from "contact[ing] the President or do[ing] so indirectly by having someone contact the President on [Defendant's] behalf." *Id.*

In reply, Defendant argues it is "unclear what it means to have someone contact the President on one's behalf." Dkt. # 20 at 3. Defendant questions whether this prohibits signing a petition directed to Congress, the Attorney General or the Secretary of DHS, and whether it prohibits participation in a protest with chants directed at the President. *Id.* at 3–4. These questions, however, are already addressed by the government's clarification that Defendant can "'speak to' and 'petition' members of the executive branch and the government" and "attend a lawful protest" Dkt. # 17 at 2. The Court finds no reason to strike the condition at issue.

For the forgoing reasons, Defendant's Motion to Modify Conditions of Release, Dkt. # 11, is **DENIED**.

Dated this 11th day of March, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 2