Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,                )    No. 2:26-cr-00030-RAJ
                                         )
                        Plaintiff,       )
                                         )    ORDER GRANTING MOTION TO
              v.                         )    EXTEND PRETRIAL MOTIONS
                                         )    DEADLINE
PHILLIP RICHARD WHARTON,                 )
                                         )
                        Defendant.       )
_____)

THE COURT has considered Defendant Phillip Richard Wharton's unopposed motion to extend the pretrial motions deadline along with the files and pleadings in this case.  Finding good cause,

IT IS ORDERED that the motion (Dkt. 23) is GRANTED.  All pretrial motions, including motions in limine, shall be filed no later than April 2, 2026.

DATED this 24th day of March 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER EXTENDING PRETRIAL MOTIONS DEADLINE
(*United States v. Wharton*, No. 2:26-cr-00030-RAJ) - 1