Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP RICHARD WHARTON,<br><br>Defendant. | No.  2:26-cr-00030-RAJ<br><br>ORDER OF DISMISSAL<br>WITHOUT PREJUDICE |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to Defendant Phillip Richard Wharton.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned Defendant are dismissed, without prejudice.


DATED this 1st day of April, 2026.

_____

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE - 1
*United States v. Wharton,* 2:26-cr-00030-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970